In the Matter of the Estate of ARTHUR G. MALOY, Deceased. ANNE E. O'SULLIVAN et al., Appellants; JANE MALOY, Respondent.

Argued March 17, 1948; decided April 22, 1948.

*Kenneth S. MacAffer, James E. Brearton* and *Charles E. Brennan* for appellants.

*Harold E. Blodgett* and *James F. Dalton* for respondent.

Orders affirmed, with costs payable out of the estate to all parties appearing separately and filing briefs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.